

# IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-14-00270-CR
### No. 10-14-00271-CR

**VINCENT REYNA,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

_____

### From the 220th District Court
### Bosque County, Texas
### Trial Court Nos. CR14862 and CR14909

_____

# MEMORANDUM  OPINION
_____

Vincent Reyna filed a motion to dismiss his appeals.  *See* TEX.R.APP.P. 42.2(a).

Dismissal of the appeals would not prevent a party from seeking relief to which it

would otherwise be entitled.  The motion is granted, and the appeals are dismissed.


                                        AL SCOGGINS
                                        Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeals dismissed
Opinion delivered and filed February 19, 2015
[CR25]

